389 A.2d 175

Commonwealth v. Mercer, Appellant.

Submitted October 8, 1976. Julius E. Fioravanti, for appellant; Steven H. Goldblatt and Deborah E. Glass, Assistant District Attorneys, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., and SPAETH, J., did not participate in the consideration or decision of this case.